In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-06-00055-CV


______________________________




PATRICIA ANN WESLEY, Appellant



V.


 

MAIDA SANDOVAL, Appellee




 


On Appeal from the County Court at Law


Bowie County, Texas


Trial Court No. 04C1071-CCL




 




Before Morriss, C.J., Ross and Carter, JJ.


Memorandum Opinion by Justice Ross



MEMORANDUM OPINION



 Appellant, Patricia Ann Wesley, has filed with this Court a motion to dismiss the
pending appeal in this matter. Wesley represents to this Court that the parties have
reached a full and final settlement. In such a case, no real controversy exists, and in the
absence of a controversy, the appeal is moot.

 We grant the motion and dismiss this appeal.



 Donald R. Ross

 Justice


Date Submitted: October 2, 2006

Date Decided: October 3, 2006